PEOPLE ex rel. LEACH v. CENTRAL FISH CO. et al. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Proceedings by the people of the state of New York, on the relation of Edward Leach, against the Central Fish Company and others. No opinion. Motion denied. Order filed.

PEOPLE ex rel. MEAGHER, Appellant, v. VOORHIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 30, 1906.) Proceedings by the people of the state of New York, on the relation of Philip D. Meagher, against John R. Voorhis and others. No opinion. Order modified so as to sustain the action of the respondents, the board of elections of the city of New York, in receiving and filing the certificate of the party nomination, and, as so modified, affirmed, without costs. This decision is made without passing on the merits of any question which may affect the claim of any of the contestants to the office as the result of an appointment to this office or the election thereto.

PEOPLE ex rel. MOYNIHAN, v. McADOO, Com'r. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Proceedings by the people of the state of New York, on the relation of Daniel C. Moynihan, against William McAdoo, commissioner. W. C. De Witt, for relator. T. Connoly, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. OSBORN, Appellant, v. CARPENTER, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Proceedings by the people of the state of New York, on the relation of Penelope Deuel Osborn, against Elon N. Carpenter, medical superintendent, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. POWERS, Appellant, v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Proceedings by the people of the state of New York, on the relation of William A. Powers, against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

PEOPLE ex rel. QUINN, Respondent, v. VOORHIS, et al., Com'rs, Appellants. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Proceedings by the people of the state of New York, on the relation of Thomas C. Quinn, against John R. Voorhis and others as commissioners. No opinion. Motion for leave to go to Court of Appeals granted, and questions certified. Order filed. See 100 N. Y. Supp. 717, 927.

PEOPLE ex rel. SELLEW, Appellant, v. O'BRIEN, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Proceedings by the people of the state of New York, on the relation of Edward Sellew, against John H. O'Brien, as commissioner. A. S. Gilbert, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. STUART v. HAYES, Fire Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Proceedings by the people of the state of New York, on the relation of Alfred J. Stuart, against Nicholas J. Hayes, fire commissioner of the city of New York. No opinion. Determination confirmed, without costs.

PEOPLE ex rel. TRAVELERS' INS. CO. v. KELSEY, Comptroller. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Proceedings by the people of the state of New York, on the relation of the Travelers' Insurance Company, against Otto Kelsey, as Comptroller of the state of New York. No opinion. Determination confirmed, with $50 costs and disbursements.

PHILLIPS, Appellant, v. LACKAWANNA STEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Edward J. Phillips against the Lackawanna Steel Company. No opinion. Order affirmed, with costs.

PIVIN, Appellant, v. MARCUS, Respondent. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Frank Pivin against Moser Marcus. No opinion. Judgment of the Municipal Court affirmed, with costs.

PLETZKE, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by Elizabeth Pletzke against the Pennsylvania Railroad Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide the event. Held, that the questions of defendant's negligence and freedom of plaintiff's intestate from contributory negligence were questions of fact for the jury.

PLUNKETT, Appellant, v. RUBENSTEIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by Peter Plunkett against Abraham Rubenstein. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., and WILLIAMS, J., dissent, on the ground that the case should have been submitted to the jury.

POWER, Appellant, v. BROCK et al., Respondents. (Supreme Court, Appellate Divi-

sion, Second Department. November 21, 1906.) Action by Michael Power, as trustee, against P. Anthony Brock, individually, and as trustee, etc., and others. No opinion. Judgment affirmed, without costs.

POWERS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Geoffrey Powers against the Metropolitan Street Railway Company. F. Pierce, for appellant. J. P. Cotton, Jr., for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PRATT, Appellant, v. CLARK, et al., Respondents. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Tracy W. Pratt against William I. Clark and others. No opinion. Motion to dismiss appeal from judgment denied, without costs. Order filed.

PRATT, Appellant, v. CLARK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Tracy W. Pratt against William I. Clark, and others. No opinion. Motion to dismiss appeal from order requiring plaintiff to give security for costs granted, with $10 costs. Order filed.

PRENDERGAST, Respondent, v. NASSAU COUNTY WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by James Prendergast against the Nassau County Water Company. No opinion. Judgment and order of the County Court of Nassau County unanimously affirmed, with costs.

PRENDERGAST, Respondent, v. NASSAU COUNTY WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by James Prendergast against the Nassau County Water Company. No opinion. Motion denied.

PRESTON, Appellant, v. ALBEE et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. December 28, 1906.) Actions by Charles M. Preston, as receiver, against Franklin C. Albee and others. C. W. Dayton, for appellant. S. R. Taylor and A. Thain, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

PRESTON, Appellant, v. ARTHUR et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Charles M. Preston, as receiver, against Mary E. Arthur and others. C. W. Dayton, for appellant. S. R. Taylor and H. Arthur, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PRICE, Respondent, v. ARVERNE-BY-THE-SEA CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Kate E. Price against the Arverne-by-the-Sea Company. No opinion. Order affirmed, with $10 costs and disbursements.

QUINN, Respondent, v. THIRD AVE. R. CO., appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Thomas P. Quinn, against the Third Avenue Railroad Company. B. H. Ames, for appellant. M. A. Tyng, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RAMSEY, Appellant, v. AHEARN, Respondent. (Supreme Court, Appellate Division, First Department. November 23, 1906.) In the matter of Joseph Ramsey against John F. Ahearn, as president. I. B. Louis, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RANKEN, Respondent, v. DONOVAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Virginia J. Ranken against Michael Donovan and Cartwright McBride, trustees, etc. No opinion. Motion granted.

RATTAY, Respondent, v. ALLEN DITCHETT CO., Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Joseph Rattay against the Allen Ditchett Company. G. H. Taylor, for appellant. I. B. Wheeler, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. INGRAHAM, J., dissents.

RAU, Respondent, v. M. STRAUSS & SONS, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Henry M. Rau against M. Strauss & Sons. W. J. Barr, for appellant. D. Gerber, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

REALS v. WHITNEY. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Grace Reals against Fred C. Whitney. No opinion. Judgment and order affirmed, with costs.

REED, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Millard F. Reed against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

REED et al., Respondents, v. JOYCE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by George D. Reed and another against Minnie L. Joyce and others. No opinion. Judgment and order affirmed, with costs.